

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| IN RE: COPART, INC., COPART OF HOUSTON, INC., AND HOUSTON COPART SALVAGE AUTO AUCTIONS, LP, | § | No. 08-18-00204-CV |
|  | § | AN ORIGINAL PROCEEDING |
|  | § | IN MANDAMUS |
| Relators. | § |  |
|  | § |  |

# **O R D E R**

On April 12, 2019, the Court abated this original proceeding to give the Honorable Selena Solis an opportunity to reconsider the ruling of the former judge of the 243rd District Court of El Paso County. The District Clerk forwarded to this Court an order signed by Judge Solis on May 28, 2019. Therefore, the above-styled and numbered cause is reinstated. In the event Relators wish to file an amended mandamus petition, it is due to be filed twenty-one days from the date of this order. Any response by the Real Party in Interest is due to be filed twenty-one days after the amended mandamus petition is filed with the Court.

IT IS SO ORDERED this 5th day of June, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.